120 A.3d 994

COMMONWEALTH of Pennsylvania, Respondent

v.

Marvase J. SPELL, Petitioner.

Supreme Court of Pennsylvania.

Aug. 4, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of August, 2015, the Petition for Allowance of Appeal and Application for Relief are hereby **DENIED.**